AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| NORTHWELL HEALTH, INC., ET AL <br><br> *Plaintiff(s)* <br><br> v. <br><br> SEE ATTACHED FOR DEFENDANT LIST <br><br> *Defendant(s)* | Civil Action No. 25-3631 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SEAN ZABANEH
DUANE MORRIS LLP
30 SOUTH 17TH ST.
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*George Wylesol, Clerk of Court*
*U.S. District Court, Eastern District of PA*

CLERK OF COURT

Date:  07/21/2025                              s/Robert Fehrle
                                               *Signature of Clerk or Deputy Clerk*

Civil Action No. 25-3631

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BLUE CROSS BLUE SHIELD ASSOCIATION

Defendant

ANTHEM, INC.

formerly known as

WELLPOINT, INC.

doing business as

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

Defendant

ROCKY MOUNTAIN HOSPITAL & MEDICAL SERVICE INC.

doing business as

Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada

Defendant

ANTHEM HEALTH PLANS, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF CONNECTICUT

Defendant

EMPIRE HEALTHCHOICE ASSURANCE, INC.

doing business as

EMPIRE BLUE CROSS BLUE SHIELD

Defendant

BLUE CROSS BLUE SHIELD OF GEORGIA

also doing business through its subsidiaries or divisions, including, Anthem Health Plans, Inc.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF CONNECTICUT

Defendant

ANTHEM INSURANCE COMPANIES, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF INDIANA

Defendant

ANTHEM HEALTH PLANS OF KENTUCKY, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF KENTUCKY

Defendant

ANTHEM HEALTH PLANS OF MAINE, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF MAINE

Defendant

ANTHEM BLUE CROSS BLUE SHIELD OF MISSOURI

Defendant

RIGHTCHOICE MANAGED CARE, INC.

Defendant

HEALTHY ALLIANCE LIFE INSURANCE COMPANY

Defendant

HMO MISSOURI INC.

Defendant

ANTHEM HEALTH PLANS OF NEW HAMPSHIRE, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE

Defendant

COMMUNITY INSURANCE COMPANY

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF OHIO

Defendant

ANTHEM HEALTH PLANS OF VIRGINIA, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF VIRGINIA

Defendant

ANTHEM BLUE CROSS BLUE SHIELD OF WISCONSIN

Defendant

COMPCARE HEALTH SERVICES INSURANCE CORPORATION

Defendant

ELEVANCE HEALTH, INC.

Defendant

AWARE INTEGRATED AND BCBSM, INC.

doing business as

BLUE CROSS BLUE SHIELD OF MINNESOTA

Defendant

BLUE CROSS AND BLUE SHIELD OF ALABAMA

Defendant

BLUE CROSS AND BLUE SHIELD OF ARIZONA

Defendant

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, INC.

Defendant

BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.

Defendant

BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS

Defendant

BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY

Defendant

BLUE CROSS BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY

Defendant

BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA

Defendant

HORIZON HEALTHCARE SERVICES, INC.

doing business as

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

Defendant

BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND

Defendant

BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA

Defendant

BLUE CROSS BLUE SHIELD OF TENNESSEE, INC.

Defendant

BLUE CROSS AND BLUE SHIELD OF VERMONT

Defendant

BLUE CROSS AND BLUE SHIELD OF WYOMING

Defendant

CALIFORNIA PHYSICIANS' SERVICE

doing business as

BLUE SHIELD OF CALIFORNIA

Defendant

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.

doing business as

ANTHEM BLUE CROSS BLUE SHIELD OF NEVADA

Defendant

HIGHMARK INC.

Defendant

HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC.

Defendant

HEALTHNOW NEW YORK INC.

Defendant

HEALTHNOW SYSTEMS, INC.

Defendant

HIGHMARK BLUE CROSS BLUE SHIELD OF WESTERN NEW YORK

formerly doing business as

BLUECROSS BLUESHIELD OF WESTERN NEW YORK

Defendant

CAMBIA HEALTH SOLUTIONS, INC.

and its affiliates and/or assumed names Regence Blue Shield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross of Utah, and Regence Blue Shield of Washington

Defendant

CAPITAL BLUE CROSS

Defendant

CAREFIRST, INC.

and its subsidiaries or affiliates Group Hospitalization and Medical Services, Inc.

Defendant

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

Defendant

CAREFIRST BLUE CHOICE, INC.

which collectively

doing business as

CAREFIRST BLUECROSS BLUESHIELD

Defendant

CAREFIRST OF MARYLAND, INC.

Defendant

CAREFIRST BLUECROSS BLUESHIELD

Defendant

LIFETIME HEALTHCARE, INC.

Defendant

EXCELLUS HEALTH PLAN, INC.

doing business as

EXCELLUS BLUECROSS BLUESHIELD

Defendant

EXCELLUS BLUECROSS BLUESHIELD

Defendant

GOODLIFE PARTNERS, INC.

Defendant

BLUE CROSS BLUE SHIELD OF NEBRASKA

Defendant

GUIDEWELL MUTUAL HOLDING CORPORATION

Defendant

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

doing business as

FLORIDA BLUE

Defendant

FLORIDA BLUE

Defendant

HAWAII MEDICAL SERVICE ASSOCIATION

doing business as

BLUE CROSS AND BLUE SHIELD OF HAWAII

Defendant

HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY

doing business as

BLUE CROSS AND BLUE SHIELD OF ILLINOIS

Defendant

BLUE CROSS AND BLUE SHIELD OF MONTANA

including its predecessor Caring for Montanans

Defendant

CARING FOR MONTANANS

Defendant

BLUE CROSS AND BLUE SHIELD OF NEW MEXICO

Defendant

BLUE CROSS AND BLUE SHIELD OF OKLAHOMA

Defendant

BLUE CROSS AND BLUE SHIELD OF TEXAS

a Division of Health Care Service Corporation

Defendant

HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY

Defendant

HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE INC.

Defendant

HIGHMARK BCBSD INC.

Defendant

HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE

Defendant

HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC.

Defendant

HIGHMARK BLUE SHIELD OF NORTHEASTERN NEW YORK

Defendant

BLUESHIELD OF NORTHEASTERN NEW YORK

Defendant

HIGHMARK, INC.

Defendant

HIGHMARK HEALTH

Defendant

HIGHMARK BLUE SHIELD

Defendant

HIGHMARK BLUE CROSS BLUE SHIELD

Defendant

HIGHMARK INC.

Defendant

HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA

Defendant

BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

Defendant

HIGHMARK WEST VIRGINIA INC.

doing business as

HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA

Defendant

BLUE CROSS OF IDAHO HEALTH SERVICE, INC.

doing business as

BLUE CROSS OF IDAHO

Defendant

INDEPENDENCE HEALTH GROUP, INC.

Defendant

INDEPENDENCE HOSPITAL INDEMNITY PLAN, INC.

its subsidiary or division Independence Blue Cross

Defendant

INDEPENDENCE BLUE CROSS

Defendant

QCC INSURANCE COMPANY INDEPENDENCE

Defendant

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY

doing business as

BLUE CROSS AND BLUE SHIELD OF LOUISIANA

Defendant

HEALTHYDAKOTA MUTUAL HOLDINGS

Defendant

NORIDIAN MUTUAL INSURANCE COMPANY

doing business as

BLUE CROSS BLUE SHIELD OF NORTH DAKOTA

Defendant

BLUE CROSS BLUE SHIELD OF NORTH DAKOTA

Defendant

PREMERA

Defendant

PREMERA BLUE CROSS

doing business as

WASHINGTON

Defendant

TRIPLE-S MANAGEMENT CORPORATION

Defendant

TRIPLE S-SALUD, INC.

Defendant

USABLE MUTUAL INSURANCE COMPANY

doing business as

Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas

Defendant

ARKANSAS BLUE CROSS AND BLUE SHIELD

Defendant

BLUE ADVANTAGE ADMINISTRATORS OF ARKANSAS

Defendant

WELLMARK, INC.

including its subsidiaries and/or divisions

Defendant

WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA

Defendant

WELLMARK BLUE CROSS AND BLUE SHIELD OF SOUTH DAKOTA

doing business as

WELLMARK BLUE CROSS AND BLUE SHIELD OF SOUTH DAKOTA

Defendant

WELLPOINT, INC.

Defendant

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

Defendant

BLUE CROSS OF CALIFORNIA

Defendant

BLUE CROSS OF SOUTHERN CALIFORNIA

Defendant

BLUE CROSS OF NORTHERN CALIFORNIA

Defendant

PREMERA

Defendant

PREMERA BLUE CROSS

which also does business as Premera Blue Cross Blue Shield of Alaska