# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHWELL HEALTH, INC., *et al.*, <br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*, <br> Defendants. | Civil No. 2:25-cv-03631-JLS |

## ORDER

**AND NOW**, this 22nd day of July, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, John C. Briody, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ Granted

☐ Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add John C. Briody, Esquire as counsel for Plaintiffs.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).